■ In the Matter of the Claim of LAWRENCE A. SONIN, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [640 NYS2d 309] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 2, 1994, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Claimant was the president and sole shareholder of a corporation which exported audio software and sold children's records and tapes to libraries and municipalities. After selling his business, claimant became unemployed. The Board denied his application for unemployment insurance benefits on the basis that he voluntarily left his employment without good cause. Claimant challenges this determination, arguing that he was compelled to sell his business for financial reasons. Claimant testified at the hearing that he sold his business because it operated at a loss for two out of three years, it lost 40% of its export business and it was unable to timely pay vendors. He admitted, however, that he continued to receive a salary of approximately $69,000 and sold the business to another corporation for the net sum of $370,000. On the record before us, we find that substantial evidence supports the Board's conclusion that claimant sold a viable business without a compelling reason and, therefore, voluntarily left his employment without good cause (cf., Matter of Gable [Roberts], 133 AD2d 484; Matter of Katz [Roberts], 123 AD2d 489).

Mikoll, J. P., Mercure, Crew III, White and Casey, JJ., concur. Ordered that the decision is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAHIEM BUFORD, Appellant. [639 NYS2d 966] —Appeal from a judgment of the County Court of Broome County (Mathews, J.), rendered February 24, 1995, convicting defendant upon his plea of guilty of the crime of attempted burglary in the first degree.

Upon our review of defense counsel's brief and the record on appeal, we agree that there are no nonfrivolous issues that can be raised on appeal. Therefore, the judgment is affirmed and defense counsel's application for leave to withdraw is granted.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.